

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | BRIAN FRANCOLLA<br>*Assistant Corporation Counsel*<br>Tel.: (212) 788-0988<br>Fax: (212) 788-9776 |

March 9, 2012

**BY ECF**
Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Sheila Langilotti, et al., v. City of New York, et al., 11 CV 3276 (FB) (CLP)

Your Honor:

      I respectfully write on behalf of all parties to advise Your Honor that the above-referenced action has settled. The executed STIPULATION OF SETTLEMENT AND DISMISSAL will be submitted to the Court shortly.

      Thank you for your consideration herein.

Respectfully submitted,

Brian Francolla
Assistant Corporation Counsel
Special Federal Litigation Division

cc: Brett Klein, Esq. (By ECF)
      Leventhal and Klein, LLP
      Attorney for Plaintiff
      45 Main Street, Suite 230
      Brooklyn, New York 11201